**J. C. TAYLOR, Warden, United States Penitentiary, Leavenworth, Kansas,**

v.

**James K. MORTON, Jr.**

No. 6501.

United States Court of Appeals
Tenth Circuit.

Jan. 5, 1961.

Wilbur G. Leonard, U. S. Atty., Topeka, Kan., for appellant.

A. L. Herrmann, Jr., Denver, Colo., for appellee.

Before MURRAH, Chief Judge, and BRATTON and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Reversed and remanded January 5, 1961, on authority of Taylor, Warden, v. Godwin, 10 Cir., 284 F.2d 116.

**Thomas J. HYLAND et al., Appellants,**

v.

**Robert WATSON et al., Appellees.**

No. 14254.

United States Court of Appeals
Sixth Circuit.

Feb. 10, 1961.

William R. Coen, Dayton, Ohio, White, Zimmerman & Coen, Dayton, Ohio, on brief, for appellants.

Kathryn H. Baldwin, Department of Justice, Washington, D. C., George Cochran Doub, Asst. Atty. Gen., Hugh K. Martin, U. S. Atty., Columbus, Ohio, Alan S. Rosenthal, Attorney, Department of Justice, Washington, D. C., on brief, for appellees.

Before McALLISTER, Chief Judge, WEICK, Circuit Judge, and BOYD, District Judge.

ORDER.

This cause has been heard and considered upon oral arguments, briefs of counsel, and upon the record;

And it appearing that the order of dismissal of the District Court, upon authority of White et al. v. Gates, Jr., Secretary of the Navy, et al., 102 U.S.App. D.C. 346, 253 F.2d 868, certiorari denied 356 U.S. 973, 78 S.Ct. 1136, 2 L.Ed.2d 1147, was a proper disposition of the case;

The judgment of the District Court is affirmed, and it is so ordered.

**NORTHERN PACIFIC RAILWAY COMPANY and Continental Oil Company,**

v.

**UNITED STATES of America.**

No. 6450.

United States Court of Appeals
Tenth Circuit.

July 29, 1960.

W. J. Wehrli and Houston G. Williams, Casper, Wyo., and William M. Griffith, Denver, Colo., for appellants.

Perry W. Morton, Asst. Atty. Gen., and Roger P. Marquis, Attorney, Department of Justice, Washington, D. C., and John F. Raper, Jr., U. S. Atty., Cheyenne, Wyo., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed on motion of appellants. D.C., 169 F.Supp. 735.